**\*\*E-filed 06/04/2010\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL COOK, | **No. C 10-2427 RS** |
| Plaintiff, | **ORDER** |
| v. | |
| MICHAEL J. ASTRUE, | |
| Defendants. | |

This case was opened when the Clerk's office received a document entitled "motion for summary judgment" that did not include any case number. While it is not entirely clear which of plaintiff's numerous cases he intended this document to be filed in, it is apparent that he did not intend to open yet another case. The Clerk's notices instructing plaintiff to submit a complaint and to pay a filing fee or submit an *in forma pauperis* application are hereby vacated. Plaintiff's motion shall be filed in Case No. 10-0907 RS, and this file shall be closed.

IT IS SO ORDERED.

Dated: 06/04/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

Michael Cook
T-79529
A-2-212
Pelican Bay State Prison
P. O. Box 7500
Crescent City, CA 95532

DATED:  06/04/2010

/s/ Chambers Staff

Chambers of Judge Richard Seeborg